**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.   26-mj-8268-WM

UNITED STATES OF AMERICA

v.

HUGO ANDRE JIMENEZ,

> FILED BY _____SW_____ D.C.
>
> *Apr 13, 2026*
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - WPB

—————————— Defendant. ——————————  /

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ☑ No

4.  4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____

KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.      1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 209-1043
Fax:    (561) 820-8777
Email:  Katie.Wilson2@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HUGO ANDRE JIMENEZ, | ) | Case No.   26-mj-8268-WM |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

**FILED BY_____ SW _____D.C.**

**Apr 13, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    Aug. 29, 2025 and Oct. 23, 2025    in the county of    Palm Beach    in the    Southern    District of    Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of Material Involving Sexual Exploitation of Minors |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Material Involving Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_Gennady Julien_
_Complainant's signature_

Special Agent Gennady Julien, FBI
_Printed name and title_

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:   April 13, 2026

_William Matthewman_
_Judge's signature_

City and state:    West Palm Beach, FL    William Matthewman, Chief U.S. Magistrate Judge
_Printed name and title_

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Gennady Julien (the Affiant), been duly sworn, depose and state as follows:

1.      I have been employed as a Special Agent of the FBI since 2019 and am currently assigned to Miami Division, Palm Beach County Resident Agency.  While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to; crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce.  Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2252, et seq.

2.      In this capacity, I have investigated child exploitation and internet crimes against children cases.  I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2252 and 2252A.  These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.  During these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers.  I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3.      I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, HUGO ANDRE JIMENEZ (hereinafter

"JIMENEZ").  I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that JIMENEZ has violated 18 U.S.C. § 2252(a)(4)(B) (possession of material involving the sexual exploitation of minors) and 18 U.S.C. § 2252(a)(2) (receipt of material involving the sexual exploitation of minors).

4.      On October 23, 2025, Federal Bureau of Investigation personnel executed search warrants 25-MJ-8593, 25-MJ-8594, and 25-MJ-8595 issued in the Southern District of Florida upon the person, vehicle, and residence of JIMENEZ, for materials related to the transmission of child pornography. During the execution of these warrants, JIMENEZ was temporarily detained and a post-Miranda interview was conducted. During that interview, JIMENEZ confirmed ownership and exclusive access of an Apple iPhone which was seized from his person and provided the passcode to the device. JIMENEZ also confirmed ownership of a MacBook which was located within the residence. JIMENEZ admitted to having accessed the dark web but denied pursuing any illicit pornography hosted therein.

5.      Pursuant to the search warrants, the electronic devices were seized and forensically examined by FBI personnel. A review of JIMENEZ's iPhone revealed thousands of media files and digital artifacts derived from a website well known to law enforcement which is devoted to the sale and proliferation of extortion and blackmail based sexual media of adolescents and young women, hereunto referred to as CLEAR-WEBSITE 1. Media associated to CLEAR-WEBSITE 1 located on JIMENEZ's iPhone appeared to portray adolescent girls and young women.

2

6.　　　Additional review of the iPhone revealed forty-six (46) images portraying the sexual abuse of pre-pubescent children. On or about January 15, 2026, FBI personnel discovered that the overwhelming majority of the pre-pubescent sexual abuse images were hosted on the welcome web page for a dark web child sex abuse pornography site, hereunto referred to as DARK-WEBSITE 1. DARK-WEBSITE 1 was determined to be a website accessible via the Tor network, and not directly accessible via the use of a traditional uniform resource locator (URL) in common web browsers which access or query via a traditional domain name server (DNS). A sample of three files from DARK-WEBSITE 1 on JIMENEZ's iPhone are provided below:

a. Name: 657CDFF9B04F4DE92BC215AD59BE803BFC6FC14_embedded_1.jpg

　　i.　MD5 Hash: 0979d09e5e20e50f2c2feb3b4609783e

　　ii.　Description: Image is a file which portrays a young girl of the apparent approximate age of five (5) years old. The child is laying on her back wearing a red shirt, holding a stuffed rabbit, and exposed from the waist down. Visible within the image is the hand of an adult male apparently holding the child in place as he penetrates her vagina with his penis. As a result of the small size of the child, a bulge is visible above the child's vagina due to the insertion of the adult male's penis.

b. Name: 955461FB9FFA097619253116FC79CA1EE4B2A99-blob

　　i.　MD5 Hash: 650ee0d0336af1119b58ae3cc6c63bbc

　　ii.　Description: File is an image which appears to be taken from the point of view of an adult male (photographer). The photographer is nude and on his knees on a bed. In front of the photographer is a young boy of the apparent approximate age of nine (9) years old lying nude on his back.

3

Only the young boy's pubic region and genitalia are visible in the photo. The photographer is holding his penis and making an apparent attempt to insert his penis into the child's anus.

c. Name:1BB2C9E2279E8A9B8EAE0646F4A006BE4CDBFA6A_embedded_1.jpg

i. MD5 Hash: 3af7ca7686e7e8feaa46cd1f11f13ea7

ii. Description: File is an image showing a nude young girl of the apparent approximate age of thirteen (13) years old sitting in a chair. The girl is sitting with her feet on the seat cushion and legs spread apart exposing her vagina. Her wrists, legs, and ankles are visibly bound with a yellow and orange rope.

7. During review of JIMENEZ's iPhone, FBI personnel located digital artifacts indicating the iPhone was connected to DARK-WEBSITE 1 on August 29, 2025, at approximately 23:35 hours eastern standard time (EST). Further review of the forty-six (46) images of pre-pubescent sexual abuse material found on the iPhone revealed that at least one file was created within five (5) minutes of the memorialized connection between JIMENEZ's iPhone and DARK-WEBSITE 1.

8. Investigators attempted to triage and send materials believed to be child sexual abuse material (CSAM) from JIMENEZ's iPhone, derived from both CLEAR-WEBSITE 1 and DARK WEBSITE 1, to the National Center for Missing and Exploited Children (NCMEC) to identify if the materials contained previously identified victims of child sexual abuse. From the submitted media, NCMEC identified fourteen (14) different series of confirmed CSAM.

9. Based on the foregoing facts, I believe there is probable cause that HUGO ANDRE JIMENEZ did knowingly receive material involving the sexual exploitation of minors on or about

4

August 29, 2025, and knowingly possessed material involving the sexual exploitation of minors

on or about on October 23, 2025, in the Southern District of Florida, in violation of Title 18, United

States Code, Sections 2252(a)(4)(B) and (a)(2).


       FURTHER YOUR AFFIANT SAYETH NAUGHT.


                    *Gennady Julien*
                    Gennady Julien
                    Special Agent
                    Federal Bureau of Investigation


Subscribed and sworn to before me by Telephone (Face Time) per Fed. R. Crim. Pro 4(d) and 4.1 in West Palm Beach, Florida, this __13th__ day of April 2026.


                    *William Matthewman*
                    WILLIAM MATTHEWMAN
                    CHIEF UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   HUGO ANDRE JIMENEZ

**Case No**:   26-mj-8268-WM

Receipt of Material Involving Sexual Exploitation of Minors

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life (mandatory minimum of 5 years)
* **Max. Fine:** $250,000
* **Special Assessment**: $5,000 and $100

Possession of Visual Depictions Involving the Sexual Exploitation of Minors

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum of 5 years)
* **Max. Fine:** $250,000
* **Special Assessment**: $5,000 and $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.